**In Banc, January 25, 1915.**

For the reasons stated in City of St. Louis v. United Railways Company, reported at page 387 of this Report, the judgment in this case is affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Daniel D. Fisher,* Judge.

AFFIRMED.

For attorneys and briefs, see *ante,* p. 393.

---

## CITY OF ST. LOUIS v. UNITED RAILWAYS COMPANY et al.; ST. LOUIS TRANSIT COMPANY, Appellant.

**In Banc, January 25, 1915.**

For the reasons stated in City of St. Louis v. United Railways Company, reported at page 387 of this Report, the judgment in this case is affirmed.

Appeal from St. Louis City Circuit Court.—*Hon. Daniel D. Fisher,* Judge.

AFFIRMED.

For attorneys and briefs, see *ante,* p. 393.

WALKER, J.—This case involves the same issues as the case of City of St. Louis, Respondent, v. United Railways Company, Appellant, numbered 17254, decided at this term. The judgment, therefore, in the instant case (No. 17579) is affirmed, and it is so ordered. *Lamm, C. J.,* and *Woodson* and *Brown, JJ.,* concur. *Graves, J.,* dissents in a separate opinion filed in No. 17254, in which *Bond* and *Faris, JJ.,* concur.